■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT F. HERMAN, Appellant. [54 NYS3d 352]—Appeal from a

judgment of the Supreme Court, Monroe County (Alex R. Renzi, J.), rendered December 3, 2014. The judgment convicted defendant, upon his plea of guilty, of failure to register as a sex offender.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him upon his plea of guilty of failure to register as a sex offender (Correction Law §§ 168-f [4]; 168-t). Even assuming, arguendo, that defendant's waiver of the right to appeal is invalid and thus does not preclude our review of his challenge to the severity of his sentence (*see People v Davis*, 114 AD3d 1166, 1167 [2014], *lv denied* 23 NY3d 1035 [2014]), we conclude that the sentence is not unduly harsh or severe. Present—Smith, J.P., Centra, Peradotto, Lindley and NeMoyer, JJ.